IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO ROMERO,<br><br>        Plaintiff,<br><br>   v.<br><br>GREENWICH LOGISTICS, LLC, et al.,<br><br>        Defendants. | Case No. 20-cv-09106-MMC<br><br>**ORDER DISMISSING ACTION** |

By order filed August 15, 2022, the Court directed plaintiff to show cause in writing, no later than August 29, 2022, why the above-titled action should not be dismissed for failure to prosecute. Plaintiff has not filed a response.

Accordingly, for the reasons stated in the Court's order of August 15, the instant action is hereby DISMISSED for failure to prosecute.

The Clerk of Court is DIRECTED to close the file.

**IT IS SO ORDERED.**

Dated: September 1, 2022

                                          MAXINE M. CHESNEY<br>
                                          United States District Judge