UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO ROMERO,<br><br>    Plaintiff.<br><br>v.<br><br>GREENWICH LOGISTICS, LLC, et al.,<br><br>    Defendants. | Case No. 3:20-cv-09106-MMC<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 80 |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

By order filed August 15, 2022, the Court directed plaintiff to show cause in writing, no later than August 29, 2022, why the above-titled action should not be dismissed for failure to prosecute. Plaintiff has not filed a response.

Accordingly, for the reasons stated in the Court's order of August 15, the instant action is hereby DISMISSED for failure to prosecute

**IT IS SO ORDERED AND ADJUDGED**

Dated: 9/1/2022

Mark B. Busby, Clerk of Court

_____
Lashanda Scott
Deputy Clerk